UNSEALED 2/28/18 MXN

~~SEALED~~

FILED

18 FEB 15 PM 4:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury   18CR0874 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JOHN NICHOLAS HERNANDEZ,<br>  aka "Hitman",<br><br>          Defendant. | Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 843(b) - Use of a Communication Facility in Furtherance of a Drug-Trafficking Offense; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about June 2, 2017, within the Southern District of California, defendant JOHN NICHOLAS HERNANDEZ, aka "Hitman", did knowingly and intentionally use a communication facility, namely, a telephone, in committing, causing, and facilitating the commission of a felony under Chapter 13, Subchapter I, Title 21, United States Code, that is, the possession with intent to distribute of heroin, a Schedule I Controlled Substance, and methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C); all in violation of Title 21, United States Code, Section 843(b).

MXN

PKM:nlv:San Diego:2/15/18
cc: Pretrial Services

## FORFEITURE ALLEGATION

1. The allegation contained in Count 1 is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant JOHN NICHOLAS HERNANDEZ, aka "Hitman", shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

Case 3:18-cr-00874-JLS   Document 1   Filed 02/15/18   PageID.5   Page 3 of 3

1  it is the intent of the United States, pursuant to Title 21, United
2  States Code, Section 853(p), to seek forfeiture of any other property
3  of the defendant up to the value of the property listed above as being
4  subject to forfeiture.
5  All in violation of Title 21, United States Code, Section 853.
6       DATED:  February 15, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
    P. KEVIN MOKHTARI
    Assistant U.S. Attorney

3