UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN NICHOLAS HERNANDEZ,<br>  aka "Hitman"<br><br>    Defendant. | Case No. 18CR0874 JLS<br><br>**NOTICE OF RELATED CASE**<br><br>UNSEALED 2/28/18 MXN<br>~~SEALED~~ |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Jones</u>, Case No. 17CR1791-JLS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

    ____ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

    _x_ (2) Prosecution against different defendants arises from:

        _x_ (a) A common wiretap

        ____ (b) A common search warrant

        _x_ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: February 15, 2018.

                                                      ADAM L. BRAVERMAN
                                                      United States Attorney